CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Enrique Ramirez-Lopez aka Ramon Villalobos-Lopez**<br>DOB: 1976; Mexico<br>**Daniel Lopez-Guerra aka Anjel Garcia-Lopez**<br>DOB: 1998; Mexico<br>**Javier Garcia-Mondragon aka Daniel Garcia-Ramirez**<br>DOB: 1985; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-08582MJ |

Complaint for violation of Title 8 United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i); Title 8, United States Code Section 1326(b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**Count 1** - On about May 14 2021, in the District of Arizona, **Enrique Ramirez-Lopez, Daniel Lopez-Guerra,** and **Javier Garcia-Mondragon** did knowingly, intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown, to transport and harbor illegal aliens, within the United States, by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i), a felony.**
**Count 2** – On or about May 14, 2021, at or near Phoenix, in the District of Arizona, **Javier Garcia-Mondrgaon**, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States on or about July 24, 2005 through Nogales, Arizona, and without obtaining the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
In March 2021, agents received information indicating that a gold 2007 Chevrolet Tahoe (AZ/18T7603) was being used in the Phoenix area to transport smuggled undocumented noncitizens (UNCs) to a stash house.

On Tuesday April 13, 2021, at approximately 11:00am, agents and TFOs located the previously identified gold Chevrolet Tahoe at an 'ARCO' gas station in Mesa. Agents observed the Tahoe, later determined to be driven by **Lopez-Guerra**, meet with a silver Honda van driven by a middle-aged white female. An unidentified Hispanic male subject, wearing a red shirt, was observed by agents exiting the Honda and entering the Tahoe in the 'ARCO' parking lot. Shortly thereafter, the Tahoe exited the 'ARCO' parking lot

**Continued on next page**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA  CRAIG RUSSELL  *Digitally signed by CRAIG RUSSELL Date: 2021.05.14 12:31:17 -07'00'* | SIGNATURE OF COMPLAINANT<br>**DEVIN M TAYLOR** *Digitally signed by DEVIN M TAYLOR Date: 2021.05.14 12:03:00 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>Special Agent |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 14, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Continued from previous page:

and traveled west on Highway 60. Agents followed the Tahoe to a 'Food City' parking lot on the north east corner of Southern Avenue and south Mesa Drive. At approximately 11:30am, the Tahoe was met by a two-tone Subaru crossover vehicle with several subject inside. A Hispanic male subject exited the rear driver's side of the Subaru and entered the rear passenger side of the Tahoe. Agents followed the Tahoe after it left the 'Food City' lot, without a break in surveillance, to 9154 E. Vine Avenue, Mesa, AZ 85208 (hereafter "the stash house"), where it entered the enclosed garage.

On Friday April 23, 2021, agents and TFOs conducted physical surveillance of the stash house. At approximately 10:35am, the Tahoe, driven by **Lopez-Guerra**, was observed by agents leaving the stash house via the enclosed garage. Agents followed the Tahoe to a Safeway parking lot located at 1855 N. Power Road, Mesa, Arizona 85205. The Tahoe was observed circling the Safeway parking lot one time before parking near a Papa John's restaurant. **Lopez-Guerra** did not exit. After approximately five minutes, the Tahoe moved to another parking spot next to the Senor Taco, near a cinder block wall, which is located across the parking lot near McKellips Road. **Lopez-Guerra** did not exit there either. At approximately 10:50am, a TFO observed a suspected female UNC exit the rear passenger area of the Tahoe and enter a green 2015 Nissan Versa.

On Monday May 3, 2021, agents and TFOs observed the Tahoe, driven by **Lopez-Guerra**, meet a black 2021 Hyundai Venue rental car at the 'Dulceria La Bonita Wholesale Candy Store.' A subject in a blue shirt, later determined to be **Ramirez-Lopez**, exited the Venue and stood next to the driver's side door of the Tahoe talking to **Lopez-Guerra**. A red 2005 Chevrolet Avalanche (ID/2CTK653; Registered Owner: Ramon Villalobos-Lopez, 23484 Texas Road, Caldwell, ID 83607) arrived and parked a few spaces away from the Venue and Tahoe. Ramon Villalobos-Lopez was later determined to be an alias for **Ramirez-Lopez**. Agents observed approximately five Hispanic male subjects, suspected to be UNCs, exit the Tahoe and enter the Avalanche and the Venue. The suspected UNCs did not exit the Tahoe and walk as a group to the Avalanche and Venue. Instead, they exited the Tahoe one by one with a pause between each of their exit. Agents believe this was because the suspected UNCs were directed to move individually in order to minimize suspicion towards the smuggling operation. At approximately 6:00pm, **Ramirez-Lopez** got back into the Venue where at least one suspected UNC could be seen sitting in the rear passenger area. **Lopez-Guerra** and the unidentified driver of the Avalanche were not observed exiting their vehicles at any point. The Venue departed along with the Avalanche and Tahoe. The Venue and Avalanche were followed by agents to the Interstate. Agents followed the Venue and Avalanche as they both travelled north on Arizona State Route 101 north. Agents followed the vehicles continuously as the departed the Phoenix city limits as they travelled to Interstate 17 northbound towards northern Arizona. This pattern of travel is consistent with the movement of UNCs from stash houses located in Phoenix and transported further to destinations within the interior of the United States.

On Tuesday May 4, 2021, agents and TFOs conducted physical surveillance of the stash house. At approximately 2:15pm, An agent observed the Tahoe, driven by **Lopez-Guerra**, leaving the stash house via the enclosed garage. Agents followed the Tahoe to a 'Walgreens' parking lot located at 1305 S. Greenfield Road, Mesa, AZ 85206. The Tahoe parked and **Lopez-Guerra** remained inside. At approximately 2:35pm, the Tahoe backed into a different parking space next to a silver 2014 Nissan Sentra. An agent observed several subjects, possibly two or three, exit the rear driver's side door of the Sentra and enter the rear driver's side door of the Tahoe. **Lopez-Guerra** never exited while the subjects could be seen entering the Tahoe. Moments after the subjects were swapped between the vehicles, the Tahoe drove away followed by the Sentra a few

Continued on next page

**Continued from previous page:**

seconds later. Agents followed the Tahoe back to the stash house.

On Thursday May 13, 2021, agents applied for and received a search warrant for the stash house. Agents and TFOs knocked on the door of the stash house which was opened by **Garcia-Mondragon** who was detained. **Lopez-Guerra** absconded from the stash house and was found hiding in the back alley. **Garcia-Mondragon** and **Lopez-Guerra** were determined to be present in the United States illegally. Agents discovered approximately fifty-four (54) other UNCs inside the stash house. The UNCs were determined to be from Mexico and Central America and had crossed into the United States illegally in recent days through Nogales, AZ. Agents also discovered ledgers and other items inside the stash house indicative of a human smuggling operation.

Simultaneous to the search of the stash house, agents and TFOs located **Ramirez-Lopez** near 2430 W. Yavapai Street, Phoenix, AZ 85009. Agents questioned **Ramirez-Lopez** as to his citizenship and learned he was present in the United States illegally. **Ramirez-Lopez** was subsequently arrested.

During a post-*Miranda* interview with **Lopez-Guerra**, he admitted to being a caretaker for the stash house. **Lopez-Guerra** stated he was working off a smuggling debt and that once he paid off his debt he intended to go to Tennessee. **Lopez-Guerra** stated he would pick up smuggled UNCs from other load drivers and transport them to the stash house. **Lopez-Guerra** also stated that **Garcia-Mondragon** served as another caretaker and load driver for the stash house. **Ramirez-Lopez** admitted during his post-*Miranda* interview that he was involved in transporting UNCs to Idaho. **Ramirez-Lopez** also stated he intended to take one (1) UNC to Idaho later that evening before being arrested by agents.

On or about May 14, 2021, at or near Phoenix, in the District of Arizona, **Javier Garcia-Mondragon**, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States on or about July 24, 2005 through Nogales, Arizona, and without obtaining the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.